FILED

Dec 20 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HE JIANG,<br><br>    Plaintiff,<br><br>  v.<br><br>MERRICK B. GARLAND, United States Attorney General, *et al.*,<br><br>    Defendants. | C 5:22-cv-05953 NC<br><br>**PARTIES' STIPULATION TO DISMISS; ORDER** |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice given that the United States Department of State adjudicated Plaintiff's visa application.

Each of the parties shall bear their own costs and fees. In accordance with Civil Local Rule 5(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

///

Stip to Dismiss
C 5:22-cv-05953 NC                                                                                                                                    1

| | |
|---|---|
| 1  Dated: December 20, 2022 | Respectfully submitted, |
| 2 | STEPHANIE M. HINDS<br>United States Attorney |
| 3 | |
| 4 |   */s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN |
| 5 | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | |
| 7  Dated: December 19, 2022 | |
| 8 |   *See attached*<br>HE JIANG<br>*Pro Se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 20, 2022

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip to Dismiss
C 5:22-cv-05953 NC                    2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**Parties' Stipulation to Dismiss; [Proposed] Order**

to be served by FIRST CLASS MAIL and email upon the party(ies) at the address(es) stated below, which is/are the last known address(es):

He Jiang
244 View Street
Mountain View, CA  94041

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   December 20, 2022

                                                   */s/ Tiffani Chiu*
                                                  TIFFANI CHIU
                                                  Paralegal Specialist